East'n. District.
*May*, 1826.

EGGLESTON vs. COLFAX & AL.

EGGLESTON
*vs.*
COLFAX & AL.

Appeal from the court of the third district.

Porter, J., delivered the opinion of the court. This action is instituted, on a bond given by the defendant Colfax for the faithful discharge of his duties as curator of a vacant estate. The surety is also joined in the action. There was judgment against them, and they appealed.

An attorney, in fact, may bring suit in his own name, for the use of his principal.

The amount expressed in the bond of a curator is *prima facie* that which is due the heirs.

The first objection to the correctness of the proceedings which we are required to notice, is contained in the answer filed by the defendants. There is a plea in it that the plaintiff cannot maintain an action in his capacity as *agent*. That the suit should have been brought in the name of those he represented.

We do not think it well founded. Under the power of attorney, filed with the petition, the plaintiff was appointed for the special purpose of recovering the shares of his principal of the succession of whom the defendant was curator. According to the former laws of this country, and in this respect no change has been made in them, the attorney could bring

East'n. District. suit in the name of those he represented, or in
*May*, 1826. his own name for their use and benefit. It can-
EGGLESTON not be doubted that the judgment in this case,
*vs.*
COLFAX & AL. and between these parties, would enable the
defendant to present the plea of *res judicata*, if
sued again on the same matters by those from
whom the plaintiff holds his powers. A judg-
ment in their own name would have no other,
or greater effect.

The next objection is, that there is no evi-
dence on the record which shows the amount
due. The bond itself shows this. The law
requires, it should be taken for the amount of
the estate as appraised in the inventory; the
sum, therefore, expressed in the obligation is
*prima facie* that which is due to the heirs, who
are absent, unless the curator shows, what
disposition he has made of the estate in his
hands. *Civil Code*, 176 *art*. 134.

It is therefore ordered, adjudged and de-
creed, that the judgment of the district court
be affirmed with costs.

*Watts* & *Lobdell* for the plaintiff, *Woodruff*
for the defendants.